UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 5:25-cv-00568-SPC-PRL

KENEISHA SMITH,

    Plaintiff,

v.

GETMEHEALTHCARE, LLC,
CHAD SOKOLOFF and MICHAEL
HILF,

    Defendants.

_____/

## NOTICE OF APPEARANCE

Nelson C. Bellido of the law firm of ROIG LAWYERS hereby gives notice of his appearance as counsel for Defendants, Getmehealthcare, LLC, Chad Sokoloff and Michael Hilf, and requests that copies of all pleadings, orders or other documents hereafter filed or served in this cause be furnished to the undersigned.

**ROIG LAWYERS**
201 So. Biscayne Blvd., 28th FL
Miami, FL 33131
Tel: (305) 405-0997 / Fax: (305) 405-1022
nbellido@roiglawyers.com
pleadings@roiglawyers.com

By: /s/Nelson C. Bellido
    NELSON C. BELLIDO
    Fla. Bar No. 974048