UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

KENEISHA SMITH,

Plaintiff,

v. Case No.: **5:25-cv-568-SPC-PRL**

GETMEHEALTHCARE, LLC,

a Florida limited liability company,

Defendant.

**FIRST AMENDED COMPLAINT**

**DEMAND FOR JURY TRIAL**

Plaintiff Keneisha Smith ("Plaintiff"), proceeding pro se, files this **First Amended Complaint** against Defendant **GetMeHealthCare, LLC** ("GMH" or

"Defendant"), pursuant to the Court's Opinion and Order dated December 31, 2025, and alleges as follows:

## I. PARTIES

1. Plaintiff **Keneisha Smith** is a natural person domiciled in the State of Florida and the subscriber and customary user of the cellular telephone number ending in **1035**.

2. Defendant **GetMeHealthCare, LLC** is a Florida limited liability company engaged in the business of marketing, selling, and enrolling consumers in health-insurance products, including Marketplace plans, through telemarketing and lead-generation campaigns directed to Florida consumers.

## II. JURISDICTION AND VENUE

3. This Court has subject-matter jurisdiction pursuant to **28 U.S.C. § 1331** because this action arises under the **Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227**.

4. Venue is proper in this District pursuant to **28 U.S.C. § 1391(b)** because the unlawful calls were received by Plaintiff in this District and Defendant directed telemarketing activities into this District.

## III. FACTUAL ALLEGATIONS

### A. National Do Not Call Registry

5. Plaintiff registered her cellular telephone number on the **National Do Not Call Registry** on **September 1, 2024**, and it remained registered at all times relevant to this action.

6. Plaintiff did not provide prior express written consent to Defendant, or to any third party acting on Defendant's behalf, to place telemarketing calls to her cellular telephone number.

### B. Telemarketing Calls Received by Plaintiff

7. Between **June 2, 2025 and June 12, 2025**, Plaintiff received **thirty-one (31) telemarketing calls** to her cellular telephone number.

8. Each of the calls referenced in this Complaint is identified by date and originating telephone number in **Exhibit A (Call Log)**.

9. The calls occurred within a **ten-day period**, concerned the **same subject matter (health-insurance and Marketplace enrollment)**, and were placed for the **same commercial purpose**—to generate insurance enrollments for Defendant GetMeHealthCare, LLC.

**C. Attribution of All Calls to GetMeHealthCare, LLC**

10. **Each of the calls listed in Exhibit A was placed by third-party telemarketers acting by and on behalf of Defendant GetMeHealthCare, LLC**, as part of Defendant's health-insurance marketing and enrollment campaign.

11. During **each of the calls listed in Exhibit A**, the callers represented that they were calling regarding **health-insurance coverage and/or Marketplace enrollment**, and requested **personal identifying and insurance-eligibility information**, including Plaintiff's name, telephone number, address, date of birth, and insurance status.

12. The information requested and collected during the calls listed in Exhibit A was **specifically required to complete enrollment through GetMeHealthCare, LLC**, and was later **used by Defendant's employees** to complete Plaintiff's insurance enrollment.

13. The calls listed in Exhibit A were **not isolated or unrelated communications**, but were placed as part of a **single, continuous telemarketing campaign conducted for Defendant**, using the same qualification criteria and enrollment objective.

**D. June 12, 2025 Call and Enrollment**

14. On **June 12, 2025**, Plaintiff answered one of the calls listed in Exhibit A and spoke with a third-party telemarketer who requested Plaintiff's personal and insurance-eligibility information.

15. The telemarketer then **transferred Plaintiff into Defendant's internal enrollment process**, including to an individual identifying himself as **"Zach,"** an employee of GetMeHealthCare, LLC.

16. Zach informed Plaintiff that she would be enrolled in coverage and that she would receive enrollment documents via **DocuSign**.

17.Plaintiff was transferred to **"Britney,"** another GetMeHealthCare, LLC employee, who emailed enrollment documents bearing **GetMeHealthCare's header** and initiated a three-way call with the Health Insurance Marketplace to complete Plaintiff's enrollment.

18.Plaintiff executed the enrollment documents provided by Defendant.

19.Thereafter, Plaintiff contacted Defendant's customer-service department and spoke with **Keyonna Grant**, a GetMeHealthCare, LLC employee, who **confirmed Plaintiff's enrollment** in Defendant's system.

**E. Ratification and Vicarious Liability**

20.Defendant **accepted, utilized, and retained** the consumer information obtained during the calls listed in Exhibit A.

21.Defendant **completed Plaintiff's insurance enrollment**, retained the financial benefits derived from the enrollment, and confirmed the enrollment through its customer-service department.

22.Defendant **ratified each of the calls listed in Exhibit A** by:

a. accepting the leads generated by the calls;

b. using the information obtained during the calls to complete enrollment;

c. retaining the resulting financial benefits; and

d. failing to repudiate or disclaim the telemarketing activity after acquiring actual knowledge of it.

23. At all relevant times, the third-party callers who placed the calls listed in Exhibit A acted as **authorized lead generators or vendors** for Defendant, initiating outbound telemarketing calls **for the purpose of generating insurance enrollment leads for Defendant.**

24. Defendant exercised **control over the nature and objective of the calls** by dictating the product offered, the information collected, the qualification criteria, and the ultimate enrollment process.

25. Accordingly, **all thirty-one (31) calls identified in Exhibit A were placed "by or on behalf of" Defendant GetMeHealthCare, LLC,** within the meaning of **47 U.S.C. § 227(c).**

26. **At a minimum,** Defendant is liable for the telemarketing calls that **generated the enrollment it accepted, confirmed, and profited from,** including calls that resulted in Plaintiff's transfer into Defendant's enrollment process and execution of Defendant-branded enrollment documents.

# IV. CLAIM FOR RELIEF

**COUNT I**

**Violation of the Telephone Consumer Protection Act**

**47 U.S.C. § 227(c)**

(Against GetMeHealthCare, LLC)

27. Plaintiff realleges and incorporates paragraphs **1–26**.

28. Defendant initiated, or caused to be initiated, **multiple telemarketing calls** to Plaintiff's telephone number within a twelve-month period, including but not limited to the **thirty-one (31) calls identified in Exhibit A**, all of which were placed by or on behalf of Defendant as part of the same telemarketing campaign.

29. Plaintiff's telephone number was registered on the **National Do Not Call Registry** at the time the calls were placed.

30. Defendant lacked prior express written consent to place the calls.

31. Defendant is **vicariously liable** for the unlawful calls placed by third-party telemarketers acting by and on its behalf.

32. Defendant's conduct violated **47 U.S.C. § 227(c)** and its implementing regulations.

33. Plaintiff is entitled to **statutory damages of $500 per call**, trebled for willful or knowing violations.

## V. DAMAGES

34. Plaintiff seeks statutory damages under the TCPA, including treble damages for willful or knowing violations.

35. Plaintiff seeks costs and such other relief as the Court deems just and proper.

## VI. RESERVATION OF RIGHT TO AMEND

36. In the event the Court determines that any portion of this Complaint is deficient, Plaintiff respectfully requests leave to amend pursuant to **Federal Rule of Civil Procedure 15(a)**. Amendment would not be futile, and Plaintiff seeks leave solely to conform the pleadings to the Court's rulings and any guidance provided.

## VII. JURY DEMAND

37. Plaintiff demands a trial by jury on all issues so triable.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Plaintiff and against Defendant;

B. Award statutory damages pursuant to the TCPA;

C. Award treble damages for willful or knowing violations;

D. Award costs; and

E. Grant such other relief as the Court deems just and proper.

**Dated:** January 15, 2026

Respectfully submitted,

**Keneisha Smith**

113 Shiloh Ave

Lady Lake, FL 32159

(352) 431-1035

Plaintiff, Pro Se

K Smura 1/15/2026

| DATE | TIME | CALLER ID | NOTES |
|---|---|---|---|
| 06/02/25 | 11:21 AM | 352-385-2809 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 1 |
| 06/02/25 | 11:24 AM | 352-520-1279 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 2 |
| 06/02/25 | 1:13 PM | 352-483-0994 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 3 |
| 06/02/25 | 2:26 PM | 352-229-8726 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 4 |
| 06/03/25 | 3:07 PM | 352-478-4395 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 5 |
| 06/03/25 | 3:18 PM | 352-274-9809 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 6 |
| 06/03/25 | 3:21 PM | 352-339-7419 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 7 |
| 06/03/25 | 3:31 PM | 352-460-0967 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 8 |
| 06/03/25 | 3:40 PM | 352-414-3502 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 9 |
| 06/04/25 | 11:38 AM | 352-458-9538 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 10 |
| 06/04/25 | 5:53 PM | 352-357-2909 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 11 |
| 06/04/25 | 6:25 PM | 352-687-3476 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 12 |
| 06/05/25 | 12:29 PM | 352-478-8504 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 13 |
| 06/05/25 | 3:34 PM | 352-483-1121 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 14 |
| 06/05/25 | 5:43 PM | 352-687-3076 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 15 |
| 06/05/25 | 5:44 PM | 352-382-3457 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 16 |
| 06/05/25 | 5:54 PM | 352-668-2646 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 17 |
| 06/05/25 | 6:27 PM | 352-369-4349 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 18 |
| 06/06/25 | 10:14 AM | 352-751-1476 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 19 |
| 06/06/25 | 10:15 AM | 352-430-3352 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 20 |
| 06/06/25 | 12:07 PM | 352-759-2179 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 21 |
| 06/06/25 | 12:20 PM | 352-245-6165 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 22 |
| 06/06/25 | 12:40 PM | 352-237-4341 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 23 |
| 06/06/25 | 1:57 PM | 352-771-7891 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 24 |
| 06/09/25 | 11:22 AM | 352-347-7402 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 25 |
| 06/09/25 | 12:32 PM | 352-767-2965 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 26 |
| 06/09/25 | 4:11 PM | 352-725-8357 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 27 |
| 06/12/25 | 4:56 PM | 352-347-0643 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 28 |
| 06/12/25 | 4:43 PM | 352-245-6110 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 29 |
| 06/12/25 | 5:02 PM | 352-647-9860 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 30 |

| 06/12/25 | 5:23 PM | 423-577-9410 | Unauthorized automated solicitation call from "healthcare marketplace" Received email docs from GetMeHealthcare, confirming the identity of the callers |

 Gmail

Keneisha Smith <ksmith.ingram228@gmail.com>

---

## GMHC CUSTOMER SERVICE

1 message

---

**Keyonna Grant** <kgrant@getmehealthcare.com>                                        Fri, Jun 13, 2025 at 12:24 PM
To: "ksmith.ingram228@gmail.com" <ksmith.ingram228@gmail.com>



✚ Health plan

| | |
|---|---|
| **Focused Silver - HMO** ● SILVER + CSR | **Status** ✅ Enrolled |
| | **Effective** 7/1/2025 |
| **$0.00** $0 $1,350 | **Expiration** 12/31/2025 |
| Premium Deductible OOP max | **Members** Keneisha Smith |
| Was $518.43 | **Subscriber ID** 0025913784 |
| View full plan details   View summary of benefits | **Policy ID** |
| | **FFM ID** 6927900182 |
| For questions or help with | **Carrier phone** 1(877) 687-1169 |
| ID cards call 1(877) 687-1169 | **Payment phone** (877) 687-1169 |

CUSTOMER SERVICE FOR INSURANCE , VISION, DENTAL AND LIFE

800-310-8339

KEYONNA.GRANT

MON - FRI 9:30 AM  7PM

CALL ANYTIME WITH QUESTIONS OR CONCERNS

Customer Care

Email Confidentiality Notice:

The information contained in this transmission is privileged and confidential and/or protected health information (PHI) and may be subject to protection under the law, including the Health Insurance Portability and Accountability Act of 1996, as amended (HIPAA). This transmission is intended for the sole use of the individual or entity

 **Gmail**                                    **Keneisha Smith <ksmith20250@gmail.com>**

# National Do Not Call Registry - Your Registration Is Confirmed

1 message

**Verify@donotcall.gov** <Verify@donotcall.gov>                    Wed, Aug 13, 2025 at 12:33 PM
To: ksmith20250@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 1035 on September 01, 2024. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov  to register another number or file a complaint against someone violating the Registry.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.