**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CASE NO. 5:25-cv-568-SPC-PRL**

KENEISHA SMITH,

Plaintiff,

v.

GETMEHEALTHCARE, LLC,

Defendant.
__________________________________/

## DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

None.

Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

None.

Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

None.

Identify any entity or natural person not already disclosed and likely to actively participate in this action.

Other than counsel of record, Plaintiff and identified witnesses, none.

Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

To the best of Defendant's knowledge, none.

If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

Florida.

**Certificate**

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Respectfully submitted,

/s/NELSON C. BELLIDO
NELSON C. BELLIDO
Florida Bar No. 974048
ROIG LAWYERS
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (305) 405-0997
nbellido@roiglawyers.com

*Attorney for Defendant,*
*GetMeHealthCare, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and/or pro se parties identified in the matter specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/Nelson C. Bellido*
Nelson C. Bellido