**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CASE NO. 5:25-cv-568-SPC-PRL**

KENEISHA SMITH,

Plaintiff,

v.

GETMEHEALTHCARE, LLC,

Defendant.
_________________________________/

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07, I certify that the instant action is not related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted,

*/s/Nelson C. Bellido*
NELSON C. BELLIDO
Florida Bar No. 974048
ROIG LAWYERS
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (305) 405-0997
nbellido@roiglawyers.com

*Attorney for Defendant,*
*GetMeHealthCare, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and/or pro se parties identified in the matter specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/Nelson C. Bellido*
Nelson C. Bellido