**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CASE NO. 5:25-cv-568-SPC-PRL**

KENEISHA SMITH,

Plaintiff,

v.

GETMEHEALTHCARE, LLC,

Defendant.
_____________________________________/

## NOTICE OF FILING ANSWERS TO COURT'S INTERROGATORIES

Defendant GETMEHEALTHCARE, LLC, hereby submits its Notice of Filing Answers to Court's Interrogatories (Exhibit "A") pursuant to this Court's Order dated June 4, 2026 [D.E. 28], which were served upon Plaintiff, Keneisha Smith, on September 16, 2026.

Respectfully submitted,

/s/NELSON C. BELLIDO
NELSON C. BELLIDO
Florida Bar No. 974048
ROIG LAWYERS
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (305) 405-0997
nbellido@roiglawyers.com
*Attorney for Defendant,*
*GETMEHEALTHCARE, LLC*