IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 5:25-cv-00568-SPC-PRL

KENEISHA SMITH,

Plaintiff/Counter-Defendant,

v.

GETMEHEALTHCARE, LLC,

Defendant/Counter-Plaintiff.
_______________________________________/

**DEFENDANT/COUNTERCLAIM-PLAINTIFF GETMEHEALTHCARE, LLC'S ANSWERS TO COURT'S INTERROGATORIES**

Defendant/Counterclaim-Plaintiff, GetMeHealthCare, LLC ("GMHC"), submits its Answers to the Court's Interrogatories as follows:

1. How many telephone calls, letters or other mailings or facsimiles do your records show as made or sent during the period alleged by Plaintiff?

**ANSWER:** GMHC made no telephone calls to Plaintiff.

2. If telephone calls are at issue, were the calls made by an automatic dialer?

**ANSWER:** GMHC did not make any calls to Plaintiff.

3. If telephone calls are at issue, was a prerecorded voice used?

**ANSWER:** GMHC did not make any calls to Plaintiff.

4. Did you ever receive documented prior consent to contact Plaintiff?

**ANSWER:** GMHC never contacted Plaintiff.

5. Did you ever receive documented revocation of a consent to contact Plaintiff?

**ANSWER:** GMHC never contacted Plaintiff.

6. If debt-collection practices are at issue in the Complaint, were you ever placed on notice before the Complaint was filed that Plaintiff had retained counsel regarding the debt at issue?

**ANSWER:** N/A.

7. If debt-collection practices are at issue in the Complaint, what is your capacity regarding the debt at issue? For example, are you the owner of a note, a servicer, or both?

**ANSWER:** N/A.

## VERIFICATION AS TO ANSWERS

I solemnly declare and affirm under penalties of perjury that the factual averments in the foregoing Answers to Interrogatories are true to the best of my knowledge, information, and belief.

GETMEHEALTHCARE, LLC

DocuSigned by:
William Cox
B9334B89785E4E6...

By: ________________________
Name: William Cox
Title: DRLP

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2026, the foregoing was served on Plaintiff, Keneisha Smith, via electronic mail.

*/s/Nelson C. Bellido*
Nelson C. Bellido